IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Case No.: 1:07CV128

UMG RECORDINGS, INC., a Delaware )
corporation; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; BMG MUSIC, a New York general )
partnership; and ARISTA RECORDS LLC, a )
Delaware limited liability company, )
)
            Plaintiffs, )
)
vs. )
)
SHANNON HARDY, )
)
           Defendant. )

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Plaintiffs seek the minimum statutory damages of $750.00 per infringed work, as authorized under the Copyright Act (17 U.S.C. 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been judged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Save the Best for Last," on album "Comfort Zone," by artist "Vanessa Williams" (SR# 141-365);

"Open Arms," on album "Escape," by artist "Journey" (SR# 30-088);

"I Turn To You," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);

"Valentine," on album "Evolution," by artist "Martina McBride" (SR# 240-332);

"Put It on Me," on album "Rule 3:36," by artist "Ja Rule" (SR# 270-080);

"U Got It Bad," on album "8701," by artist "Usher" (SR # 307-207);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This 13th day of September 2007.

_/s/ William L. Osteen_
United States District Judge